AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Scott D Sheffield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Alvaro Bedoya, in their official capacities as Commissioners of the Federal Trade Commission

> 600 Pennsylvania Avenue NW
> Washington , DC 20580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

> Robert Manley
> 300 Crescent Court
> Suite 1500
> Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

DATE:  01/21/2025

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                             Server's signature

                                                              _____
                                                                             Printed name and title

                                                              _____
                                                                             Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| Scott D Sheffield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Alvaro Bedoya, in their official capacities as Commissioners of the Federal Trade Commission

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/21/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐  I returned the summons unexecuted because _____;  or

☐  other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| Scott D Sheffield<br>*Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 4:25-cv-00048-P |
| Alvaro Bedoya, et al<br>*Defendant* | ) ) ) ) |

## Summons in a Civil Action

**TO:** Alvaro Bedoya, in their official capacities as Commissioners of the Federal Trade Commission

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/21/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                   _____
                                                          Server's signature

                                                _____
                                                          Printed name and title

                                                _____
                                                          Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

|  |  |  |
|---|---|---|
| Scott D Sheffield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Lina Khan, in their official capacities as Commissioners of the Federal Trade Commission

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/21/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐  I returned the summons unexecuted because _____;  or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| Scott D Sheffield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Lina Khan, in their official capacities as Commissioners of the Federal Trade Commission

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/21/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| Scott D Sheffield | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No. 4:25-cv-00048-P |
| | ) |
| Alvaro Bedoya, et al | ) |
| *Defendant* | ) |
| | ) |

## Summons in a Civil Action

**TO:** Lina Khan, in their official capacities as Commissioners of the Federal Trade Commission

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/21/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____ .

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Scott D Sheffield | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| _Defendant_ | ) | |

### Summons in a Civil Action

 **TO:** Rebecca Kelly Slaughter, in their official capacities as Commissioners of the Federal Trade Commission


A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Robert Manley
    300 Crescent Court
    Suite 1500
    Dallas , TX 75201


    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_

DATE:  01/21/2025

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ;  or

☐ other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| Scott D Sheffield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Rebecca Kelly Slaughter, in their official capacities as Commissioners of the Federal Trade Commission

These copies of the summons and complaint are to be either:
  (1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

  (2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/21/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____      for travel and $ _____      for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                              Server's signature

                                                                   _____
                                                                              Printed name and title

                                                                   _____
                                                                              Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| Scott D Sheffield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Rebecca Kelly Slaughter, in their official capacities as Commissioners of the Federal Trade Commission

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/21/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____     for travel and $ _____     for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Scott D Sheffield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** United States Federal Trade Commission

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/21/2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐   I returned the summons unexecuted because _____;  or

☐   other (*specify*) _____

_____

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                 _____
                                                                     Server's signature

                                                          _____
                                                                   Printed name and title

                                                          _____
                                                                      Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| Scott D Sheffield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** United States Federal Trade Commission

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700,Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/21/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  _____
was received by me on (*date*)  _____.

☐   I personally served the summons on the individual at (*place*)  _____
_____ on (*date*)  _____; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*)  _____
_____, a person of suitable age and discretion who resides there,
on (*date*)  _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*)  _____, who is designated
by law to accept service of process on behalf of (*name of organization*)  _____
_____ on (*date*)  _____ ; or

☐   I returned the summons unexecuted because  _____ ;  or

☐   other (*specify*)  _____
_____

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Scott D Sheffield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:25-cv-00048-P |
| | ) | |
| Alvaro Bedoya, et al | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** United States Federal Trade Commission

(These copies of the summons and complaint are to be sent by registered or certified mail to the
Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC
20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --
or 60 days if you are the United States or a United States agency, or an officer or employee of the
United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an
answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

Robert Manley
300 Crescent Court
Suite 1500
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded
in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/21/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-00048-P

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: