UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SCOTT D SHEFFIELD,**

   Plaintiff,

v.  No. 4:25-cv-00048-P

**UNITED STATES FEDERAL TRADE COMMISSION ET AL.,**

   Defendants.

## ORDER

Before the Court is the Parties' Joint Motion to Stay Proceeding or, Alternatively, to Extend the FTC's Answer Deadline. ECF No. 7. Having reviewed the Motion the Court finds that it should be and hereby is **GRANTED**. Consequently, it is **ORDERED** that this case is **STAYED** for ninety days. The Parties are **ORDERED** to file a joint status report **within seven days after the expiration of the stay,** apprising the Court of the status of the case and requesting that this case be reopened. It is further **ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** this case and remove it from the statistical records until further notice.

   **SO ORDERED** on this **24th day of March 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE