UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

SCOTT D. SHEFFIELD,

   Plaintiff,

v.                                                                    No. 4:25-cv-00048-P

UNITED STATES FEDERAL TRADE
COMMISSION, ET AL.,

   Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in light of the commission's decision to reopen and vacate the consent order at issue in this action,[1] plaintiff Scott Sheffield dismisses this action without prejudice, with each party bearing its own attorneys' fees and costs.

Mr. Sheffield respectfully requests that the Court note the dismissal and enter a final judgment.

---

[1] Federal Trade Commission, *FTC Reopens and Sets Aside Exxon-Pioneer Final Order*, https://www.ftc.gov/news-events/news/press-releases/2025/07/ftc-reopens-sets-aside-exxon-pioneer-final-order (July 17, 2025).

Dated: July 18, 2025

Respectfully Submitted,

**McKool Smith, P.C.**

*/s/ Robert M. Manley*
McKool Smith P.C.
Robert M. Manley (State Bar No. 00787955)
Tyler Freeman (State Bar No. 24131316)
300 Crescent Court, Suite 1200
Dallas, TX 75201
Tel. (214) 978-4900
Fax (214) 978-4044
rmanley@mckoolsmith.com
tfreeman@mckoolsmith.com

Joshua Jones (State Bar No. 24129700)
600 Travis Street, Suite 7000
Houston, TX 77002
Tel. (713) 485-7300
Fax (713) 485-7344
jjones@mckoolsmith.com

**The Law Office of Jason Nash, P.L.L.C.**
Jason Nash (State Bar No. 24032894)
601 Jameson St.
Weatherford, TX 76086
Tel. (817) 757-7062
jnash@jasonnashlaw.com

**Cleary Gottlieb Steen & Hamilton LLP**
David I. Gelfand (*pro hac vice* pending)
Jeremy J. Calsyn (*pro hac vice* pending)
Nowell D. Bamberger (*pro hac vice* pending)
Joseph M. Kay (*pro hac vice* pending)
2112 Pennsylvania Avenue NW
Washington, DC 20037
Tel. (202) 974-1500
Fax (202) 974-1999
dgelfand@cgsh.com
jcalsyn@cgsh.com
nbamberger@cgsh.com
jkay@cgsh.com

*Attorneys for Scott Sheffield*

2

## CERTIFICATE OF SERVICE

I, Robert Manley, hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 18, 2025.

/s/ *Robert M. Manley*
Robert M. Manley