UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SCOTT D SHEFFIELD,**

   Plaintiff,

v.                                                                **No. 4:25-cv-00048-P**

**UNITED STATES FEDERAL TRADE
COMMISSION, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with Plaintiff's Notice of Dismissal, this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **1st day of August 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE